IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

**DAVID EARL KEMP**                                                                                          **PLAINTIFF**

V.                                             **CASE NO. 2:24-CV-2142**

**U.S. JUDGE SUSAN O. HICKEY**                                                              **DEFENDANT**

**ORDER**

Comes on for consideration the Report and Recommendation ("R&R") (Doc. 4) filed in this case on November 25, 2024, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. No party filed objections to the R&R, and the time to file objections has now passed.

**IT IS ORDERED** that the R&R is **ADOPTED IN ITS ENTIRETY**, and the Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 (Doc. 1) is **DISMISSED WITHOUT PREJUDICE** for the reasons stated in the R&R.

**IT IS SO ORDERED** on this 13th day of December, 2024.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE